**90–1199.** State, ex rel. Willman, v. Fairfield. *Franklin County,* No. 89AP–943. Reported at 63 Ohio St.3d 1420, 586 N.E.2d 1092. On motion for rehearing. Rehearing denied.
DOUGLAS, J., dissents.

**90–1760.** Shirokey v. Marth. *Cuyahoga County,* Nos. 57267 and 57412. Reported at 63 Ohio St.3d 113, 585 N.E.2d 407. On motion for rehearing. Rehearing denied.
SWEENEY, DOUGLAS and RESNICK, JJ., dissent.

**90–2187.** Bowen v. Kil–Kare, Inc. *Greene County,* No. 89–CA–84. Reported at 63 Ohio St.3d 84, 585 N.E.2d 384. On motion for rehearing. Rehearing denied.
MOYER, C.J., HOLMES and WRIGHT, JJ., dissent.

**90–2333 and 90–2334.** In re Adoption of Sunderhaus. *Butler County,* No. CA89–12–176. Reported at 63 Ohio St.3d 127, 585 N.E.2d 418. On motion for rehearing. Rehearing denied.
RESNICK, J., dissents.

**90–2359.** State v. Tolbert. *Hamilton County,* No. C–890040. Reported at 63 Ohio St.3d 1203, 585 N.E.2d 831. On motion for rehearing. Rehearing denied.
MOYER, C.J., dissents.

**91–538.** State, ex rel. Fant, v. East Cleveland Mun. Court Clerk. *Cuyahoga County,* No. 61170. Reported at 62 Ohio St.3d 530, 584 N.E.2d 721. On motion for rehearing. Rehearing denied.

**91–809.** State v. Greathouse. *Franklin County,* No. 90AP–306. Reported at 62 Ohio St.3d 1403, 577 N.E.2d 356. On motion for rehearing and on motion for leave to file delayed appeal. Motions denied.

**91–2218.** State v. Storch. *Erie County,* No. E–90–18. Reported at 63 Ohio St.3d 1404, 585 N.E.2d 426. On motion for rehearing. Rehearing granted and motion for leave to appeal allowed.
SWEENEY and WRIGHT, JJ., dissent.
RESNICK, J., not participating.

**91–2514.** State v. Cockrell. *Knox County,* No. 91–CA–30. Reported at 63 Ohio St.3d 1415, 586 N.E.2d 123. On motion for rehearing. Rehearing denied.
MOYER, C.J., DOUGLAS and WRIGHT, JJ., dissent.

**92–355.** State, ex rel. Walton, v. Walker. In Mandamus and Prohibition. Reported at 63 Ohio St.3d 1421, 587 N.E.2d 302. On motion for rehearing. Rehearing denied.

# DISCIPLINARY DOCKET

**90–828.** Cleveland Bar Assn. v. Kaigler. On respondent's affidavit and documents to show cause why he should not be held in contempt. Motion for extension of time granted.
MOYER, C.J., and DOUGLAS, J., would find Lawrence M. Kaigler in contempt.